```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :
                                                            :   24-CR-360 (VSB)
              -v-                                           :
                                                            :       ORDER
JAMES MILLER,                                               :
                                                            :
                       Defendant.                           :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    Due to the court's conflicting trial schedule, it is hereby:

    ORDERED that the sentencing currently scheduled for October 2, 2024, at 11:00 a.m. is adjourned to October 28, 2024, at 12:00 p.m.

SO ORDERED.

Dated:  September 20, 2024
          New York, New York

_____
Vernon S. Broderick
United States District Judge